

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00512-CV

**IN THE INTEREST OF M.S.M.**, K.C.M., and C.C.M.

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000251
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. The motions to withdraw as counsel filed by Alana Pearsall and M. Cecilia Hellrung are DENIED. No costs of appeal are taxed against appellants.

SIGNED January 11, 2023.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice